CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 30 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOHAMMED A. SERDAH | Civil Action No. 7:11-cv-00023 |
| Plaintiff, | |
| | **FINAL ORDER** |
| v. | |
| PETER H. EDWARDS, et al., | |
| | By: Samuel G. Wilson |
| Defendants. | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that defendants' motions for summary judgment are **GRANTED**, and Mr. Serdah's two motions for judgment on the pleadings are **DENIED**. All other pending motions are **DENIED** and this case is **STRICKEN** from the active docket of the court.

The clerk is directed to send Mr. Serdah and Ms. Serdah a copy of this opinion.

Enter: August 30, 2011.

UNITED STATES DISTRICT JUDGE